UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

SHIRLEY RADABAUGH,

                      Plaintiff,

- against -

CLAY TURNER REALTY GROUP, LLC

                      Defendant.

Docket No. 3:20-cv-00051

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Shirley Radabaugh ("Radabaugh" or "Plaintiff") by and through her undersigned counsel, as and for her Complaint against Defendant Clay Turner Realty Group, LLC ("Clay Turner Realty Group" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of a train depot in Aiken, South Carolina, owned and registered by Radabaugh, a professional photographer. Accordingly, Radabaugh seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in Georgia and is registered with the Georgia Department of Corporations to do business in Georgia.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Radabaugh is a professional photographer having a usual place of business at 222 Satomi Way, Aiken, South Carolina 29803.

6. Upon information and belief, Clay Turner Realty Group is a limited liability company duly organized and existing under the laws of the State of Georgia with a place of business at 138 N. Peachtree Street, Lincolnton, GA 30817. Upon information and belief, Clay Turner Realty Group is registered with the Georgia Department of Corporations to do business in Georgia. At all times material hereto, Clay Turner Realty Group has operated a website at the URL: www.TurnerRealty.US (the "Website").

## STATEMENT OF FACTS

**A. Background and Plaintiff's Ownership of the Photograph**

7. Radabaugh photographed a train depot in Aiken, SC (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Radabaugh is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with United States Copyright Office and was given Copyright Registration Number VA 2-163-245.

**B. Defendant's Infringing Activities**

10. Clay Turner Realty Group ran the Photograph on the Website. See: https://www.turnerrealty.us/aiken. A true and correct copy of the Photograph on the Website and a screenshot of the Photograph on the Website are attached hereto as Exhibit B.

11. Clay Turner Realty Group did not license the Photograph from Plaintiff for its Website, nor did Clay Turner Realty Group have Plaintiff's permission or consent to publish the Photograph on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Clay Turner Realty Group infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Clay Turner Realty Group is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Clay Turner Realty Group have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

18. Plaintiff further is entitled to her attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Clay Turner Realty Group be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded her costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
April 21, 2020

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Shirley Radabaugh*