# EXHIBIT B



# Aiken, SC

With an estimated population of 168,256 people, Aiken County is one of South Carolina's fastest growing counties and is an important part of the growing Central Savannah River Area of Georgia and South Carolina.

Aiken is located off Interstate 20, only 20 minutes east of Augusta, and an hour west of Columbia, SC. Aiken is conveniently located about two and a half hours from many major Southern cities, including Atlanta, Greenville, Charlotte, Charleston, Hilton Head Island and Savannah.

 

888-805-8087   

☰ Navigation Menu



# Aiken, SC

With an estimated population of 168,256 people, Aiken County is one of South Carolina's fastest growing counties and is an important part of the growing Central Savannah River Area of Georgia and South Carolina.

Aiken is located off Interstate 20, only 20 minutes east of Augusta, and an hour west of Columbia, SC. Aiken is conveniently located about two and a half hours from many major Southern cities, including Atlanta, Greenville, Charlotte, Charleston, Hilton Head Island and Savannah.

This information from the Aiken Chamber of Commerce best describes Aiken and Aiken County:

It is often said the "you can't have it all," but whoever first uttered those words obviously had never been to Aiken, South Carolina. Come and see a place where you can have it all…and perhaps even more than you expected.

With its rich heritage, quaint towns, and pristine beauty - balanced with a diverse economic base, numerous exciting activities, and a cosmopolitan flair - the Aiken area offers something for everyone in a friendly, accommodating, and attractive setting. Aiken is known for its progressive business approach, award-winning schools, moderate climate, sporting events, affordable housing, and health and lifestyle amenities that attract residents and visitors alike.

Aiken's proximity to Interstate 20 and major cities like Atlanta, Charleston, Charlotte, and Savannah makes it ideally situated for business. In fact, some of the most advanced businesses and industries call the Aiken area home. Aiken's intellectual property is world class, and the area attracts some of America's best and brightest scientists and engineers who work side by side with a highly productive workforce.

### USEFUL LINKS

#### EDUCATION

- Public Schools
- USC Aiken
- Aiken Tech

#### GOVERNMENT

- Aiken County
- City of Aiken
- City of North Augusta
- Town of Wagener
- City of New Ellenton
- Town of Jackson
- Town of Burnettown
- Aiken Chamber

#### OF INTEREST

- Events and Festivals
- Equestrian Events
- Aiken's Makin'
- Jack O Lantern Jubilee
- Western Carolina State Fair
- Visit Aiken

#### HEALTH CARE

- Aiken Regional Medical Centers
- Health Department

#### NEWS PUBLICATIONS

- The Aiken Standard
- North Augusta Star

With lush, idyllic mountains and beautiful, sandy beaches less than three hours away, Aiken is the perfect home for almost anyone. The old and the new blend perfectly to provide a lifestyle that suits the most discriminating of tastes - from growing families to young singles and retirees.

And when it comes to things to do, the list is endless. With equestrian sports, year-round recreational sports, history, the arts, shopping, hiking, fishing and a host of other ventures available, there is never a lack of extracurricular activities. Given Aiken's fascinating history, one could literally spend days visiting the many historical sites and Winter Colony estates that give the city and surrounding area its rich heritage and charm.

One visit and you will discover what people who live here already know:

If you are lucky enough to live in Aiken, you're lucky enough. Where else can you find unique combinations that mesh so incredibly well?

- Modern vehicles sharing unpaved streets with riders on horseback
- A beautiful, thriving downtown complemented by a busy retail mall
- An exceptional business environment located in a small, but globally cosmopolitan, town
- Cozy cottages and single-family homes nestled among grand, historic estates
- A contemporary, progressive college and university with a small town appeal
- Technically advanced health care services delivered with a friendly hometown feel
- An active, modern lifestyle entrenched in Southern charm and a history that has been meticulously preserved



EQUAL HOUSING OPPORTUNITY - Turner Realty Group LLC encourages and supports an affirmative advertising and marketing program in which there are no barriers to obtaining housing because of race, color, religion, sex, handicap, familial status, or national origin. All residential real estate information on this website is subject to the Federal Fair Housing Act Title VIII of the Civil Rights Act of 1968, as amended, which makes it illegal to advertise "any preference, limitation, or discrimination because of race, color, religion, sex, handicap, familial states, or national origin, or intention to make any such preference, limitation or discrimination." Your state or local jurisdiction may impose additional requirements. We are committed to the letter and spirit of the United States policy for the achievement of equal housing opportunity.

## Contact Us

Name

Email    example@example.com

Phone    706-555-1212

Best Time to Call

Message


I'm not a robot
reCAPTCHA
Privacy - Terms

SUBMIT

138 N. Peachtree Street
Lincolnton, GA 30817

888-805-8087

Copyright ©2020 Turner Realty Group, All Rights Reserved | Privacy Policy | Contact Us

Powered by SOUTHFIRE WEB SOLUTIONS