```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

SHIRLEY RADABAUGH,                *

    Plaintiff,                    *

vs.                               *
                                         CASE NO. 3:20-cv-51 (CDL)

CLAY TURNER REALTY GROUP, LLC,    *

    Defendant.                    *

O R D E R

Plaintiff asserts that venue is proper in this Court. 28 U.S.C. § 1391(b) permits venue in "a judicial district in which any defendant resides" or in "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred."  28 U.S.C. § 1391(b)(1)-(2).  Plaintiff alleges that Defendant's place of business is in Lincolnton, Georgia. Lincolnton is in Lincoln County, which is in the Augusta division of the Southern District of Georgia.  28 U.S.C. § 90(c)(1).  Based on the Court's review, Plaintiff does not allege that a substantial part of the events or omissions giving rise to the claim occurred in the Middle District of Georgia.  Accordingly, this action is transferred to the U.S. District Court for the Southern District of Georgia, Augusta Division.

IT IS SO ORDERED, this 22nd day of April, 2020.

                                                        S/Clay D. Land
                                                        CLAY D. LAND
                                                        CHIEF U.S. DISTRICT COURT JUDGE
                                                        MIDDLE DISTRICT OF GEORGIA