| | |
|---|---|
| **From:** | GASDdb_efile_Support |
| **To:** | InterDistrictTransfer_GAMD |
| **Subject:** | Transferred case has been opened |
| **Date:** | Wednesday, April 22, 2020 3:52:58 PM |

CASE: 3:20-cv-00051

DETAILS: Case transferred from Georgia Middle has been opened in Southern District of Georgia as case 1:20-cv-00058, filed 04/22/2020.